UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICHARD PEREIRA, DBI436,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE DEP'T SWAT, et al.,<br><br>Defendant(s). | Case No. 26-cv-00688-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF Nos. 17, 22, 31, 33, 34, 59 & 68) |

**I.**

Plaintiff, a prisoner at the Santa Clara County Jail (SCCJ), has filed a pro se complaint under 42 U.S.C. § 1983 alleging use of excessive force by San Jose police officers when they arrested him on March 23, 2022. See ECF No. 32 (Compl.) at 3-4. But plaintiff raised the same allegations of use of excessive force during arrest in a prior non-prisoner complaint under § 1983 which was dismissed, and in which judgment was entered on April 21, 2025. See Pereira v. City of San Jose, No. 24-cv-01772-NC (N.D. Cal. Apr. 21, 2025) (judgment for defendants).

Plaintiff  also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915. See ECF No. 33 (Mot.) at 1-2.

**II.**

A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and litigated the allegations and claims raised herein in Pereira v. City of San Jose, No. 24-cv-01772-NC, the instant complaint is deemed duplicative and abusive under § 1915A. That plaintiff appears to name a new defendant in this

United States District Court
Northern District of California

later-filed action does not compel a different result.  See Bailey, 846 F.2d at 1021 (complaint repeating same allegations asserted in earlier case, even if now filed against new defendants, is subject to dismissal as duplicative).

**III.**

For the foregoing reasons, the complaint is DISMISSED as duplicative/abusive under the authority of 28 U.S.C. § 1915A(b) and plaintiff's motion for leave to proceed in forma pauperis (ECF No. 33) in this duplicative/abusive action is DENIED.

The clerk is instructed to close the case and terminate all pending motions (ECF No. 17, 22, 31, 33, 34, 59 & 68) as moot.  The clerk is further instructed not to file any further letters from plaintiff in this now closed case.

**IT IS SO ORDERED**.

Dated:  April 17, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2