United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RICHARD PEREIRA, DBI436,
Plaintiff,

v.

SAN JOSE POLICE DEP'T SWAT, et al.,
Defendant(s).

Case No. 26-cv-00688-CRB (PR)

**ORDER REGARDING POST DISMISSAL MOTIONS**

(ECF Nos. 101 – 107)

On April 17, 2026, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 alleging use of excessive force during arrest as duplicative/abusive pursuant to the dismissal authority of 28 U.S.C. § 1915A(b) because plaintiff raised the same allegations of use of excessive force during arrest in a prior non-prisoner complaint under § 1983 which was dismissed, and in which judgment was entered, on April 21, 2025. See ECF No. 99 at 1-2 (citing Pereira v. City of San Jose, No. 24-cv-01772-NC (N.D. Cal. Apr. 21, 2025) (judgment for defendants)). The court instructed the clerk to close this case, terminate all pending motions as moot, and "not to file any further letter from plaintiff in this now closed case." Id. at 2.

Plaintiff since has filed multiple motions, including motions to appoint counsel, reopen the case and refer the case for early settlement proceedings. The motions (ECF Nos. 101, 102, 103, 104, 105, 106 & 107) are DISMISSED as moot and/or DENIED for lack of merit.

The clerk is directed to terminate the motions appearing on ECF as items number 101, 102, 103, 104, 105, 106 & 107 and not to file any further motions from plaintiff in this closed case.

**IT IS SO ORDERED**.

Dated: July 22, 2026

CHARLES R. BREYER
United States District Judge